**FOURTH DIVISION**
**DOYLE, P. J.,**
**ANDREWS, P. J. and BOGGS, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**February 4, 2013**

# In the Court of Appeals of Georgia

A12A2452. FORD v. THE STATE.                          DO-093 C

DOYLE, Presiding Judge.

Gary Ford filed a direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] Ford's appeal is therefore dismissed.[2]

---

[1] See *Sosniak v. State*, ___ Ga. ___ (2), (Case No. S12A0799; decided Nov. 19, 2012).

[2] See *Stevens v. State*, ___ Ga. ___ (Case No. S12A1795; decided Nov. 27, 2012); *Morris v. State*, ___ Ga. App. ___ (Case No. A12A2210; decided Dec. 5, 2012).

*Appeal dismissed. Andrews, P. J. and Boggs, J., concur.*